**REQUIRED STATEMENT
TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor(s) <u>Sergio E. Sandoval;</u>   Case No. <u>18-11247</u>  Chapter <u>13</u>

All Cases: Moving Creditor <u>Old Second National Bank</u>   Date Case Filed <u>4/18/2018</u>

Nature of Relief Sought: ☑ Lift Stay   ☐ Annul Stay   ☐ Other (describe) _____

Chapter 13:   Date of Confirmation Hearing _____ or Date Plan Confirmed <u>7/20/2018</u>

Chapter 7:   ☐ No-Asset Report Filed on _____
             ☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a. ☑ Home
   b. ☐ Car  Year, Make, and Model _____
   c. ☐ Other (describe) _____

2. Balance Owed as of Petition Date <u>$222,380.82</u>
   Total of all other Liens against Collateral <u>$0.00</u>

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases) <u>$130,000.00 (per Schedule A/B)</u>

5. Default
   a. ☐ Pre-Petition Default
      Number of months _____   Amount $ _____

   b. ☑ Post-Petition Default
      i. ☑ On direct payments to the moving creditor
         Number of Months <u>14</u>   Amount <u>$14,264.08</u>

      ii. ☐ On payments to the Standing Chapter 13 Trustee
          Number of months _____   Amount $ _____

6. Other Allegations
   a. ☐ Lack of Adequate Protection § 362(d)(1)
      i. ☐ No insurance
      ii. ☐ Taxes unpaid   Amount $_____
      iii. ☐ Rapidly depreciating asset
      iv. ☐ Other (describe) _____

   b. ☑ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☐ Other "cause" § 362(d)(1)
      i. ☐ Bad Faith (describe) _____
      ii. ☐ Multiple Filings
      iii. ☐ Other (describe) _____

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm   ☐ Redeem   ☐ Surrender   ☑ No Statement of Intention Filed

Date: <u>August 16, 2019</u>                    /s/ <u>Theodore Konstantinopolous</u>
                                               Counsel for Movant